# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

### 1:14-cv-00182-ELR
### Cobb Theatres III, LLC et al v. AMC Entertainment Holdings, Inc. et al
### Honorable Eleanor L. Ross

Minute Sheet for proceedings held In Open Court on 01/15/2015.

TIME COURT COMMENCED: 2:05 P.M.
TIME COURT CONCLUDED: 3:14 P.M.
TIME IN COURT: 1:09
OFFICE LOCATION: Atlanta

COURT REPORTER: Elizabeth G. Cohn
CSO/DUSM: Lorenzo Dickey
DEPUTY CLERK: Mamendella York

ATTORNEY(S) PRESENT:
Darryl Anderson representing AMC Entertainment Holdings, Inc.
Darryl Anderson representing AMC Entertainment Inc.
Darryl Anderson representing American Multi-Cinema, Inc.
Adam Biegel representing AMC Entertainment Holdings, Inc.
Adam Biegel representing AMC Entertainment Inc.
Adam Biegel representing American Multi-Cinema, Inc.
Thomas Boeder representing Cobb Theatres III, LLC
Thomas Boeder representing Cobb Theatres IV, LLC
Henry Fellows representing Cobb Theatres III, LLC
Henry Fellows representing Cobb Theatres IV, LLC
Mary Gill representing AMC Entertainment Holdings, Inc.
Mary Gill representing AMC Entertainment Inc.
Mary Gill representing American Multi-Cinema, Inc.
Catherine Simonsen representing Cobb Theatres III, LLC
Catherine Simonsen representing Cobb Theatres IV, LLC
** Barton Wayne Cox for Defendants (Pro Hac Vice Application pending)

PROCEEDING CATEGORY: Motion Hearing(Motion Hearing Non-evidentiary);

MOTIONS RULED ON:
[19]Motion to Dismiss for Failure to State a Claim TAKEN UNDER ADVISEMENT
[24]Motion to Strike TAKEN UNDER ADVISEMENT

MINUTE TEXT: Defendants' argument regarding its motion to dismiss. Plaintiffs' position. Plaintiffs' argument on its motion to strike. Plaintiffs object to Defendants' request for judicial notice of the locations of nearby theaters and travel time allegations, and move to strike the map (Exhibit A, document 19-2). Defendants' response to the motion to strike. Defendants' [19] Motion to Dismiss TAKEN UNDER ADVISEMENT. Plaintiffs' [24] Motion to Strike TAKEN UNDER ADVISEMENT.