IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| COBB THEATRES III, LLC; COBB THEATRES IV, LLC,<br><br>    Plaintiffs,<br><br>v.<br><br>AMC ENTERTAINMENT HOLDINGS, INC.; AMC ENTERTAINMENT INC.; AMERICAN MULTI-CINEMA, INC.,<br><br>    Defendants. | CIVIL ACTION FILE NO.<br>1:14-cv-00182-ELR |

### CERTIFICATE OF SERVICE OF DISCOVERY

Pursuant to Local Rule 5.4, and the Parties' express agreement that service must be made by electronic means, counsel for Plaintiffs hereby certify that on June 30, 2015, they served *Plaintiffs Cobb Theatres III, LLC and Cobb Theatres IV, LLC's Initial Disclosures as Supplemented on June 30, 2015* upon counsel for Defendants by electronic mail to:

Mary C. Gill, Esq.
mary.gill@alston.com
Adam Biegel, Esq.
abiegel@alston.com
Jonathan Parente, Esq.
jonathan.parente@alston.com
Alston & Bird, LLP
Michael A. Swartzendruber, Esq.
michael.swartzendruber@nortonrosefulbright.com

Darryl Anderson, Esq.
darryl.anderson@nortonrosefulbright.com
Beau Cox, Esq.
beau.cox@nortonrosefulbright.com
Jason K. Fagelman, Esq.
jason.fagelman@nortonrosefulbright.com
Rachel L. Williams, Esq.
rachel.williams@nortonrosefulbright.com
Norton Rose Fulbright US LLP

Respectfully submitted this 1st day of July, 2015.

                            FELLOWS LABRIOLA LLP

                            s/Julia A. Palmer_____
                            Henry D. Fellows, Jr.
                            Georgia Bar No. 257825
                            Julia A. Palmer
                            Georgia Bar No. 401522
                            225 Peachtree Street, N.E.
                            Suite 2300, South Tower
                            Atlanta, Georgia 30303-1731
                            (404) 586-9200 telephone
                            (404) 586-9201 facsimile
                            hfellows@fellab.com
                            jpalmer@fellab.com

Thomas L. Boeder
Catherine S. Simonsen
PERKINS COIE
1201 Third Avenue, Suite 4800
Seattle, WA 98101-3099
(206) 359-8000 telephone
(206) 359-9000 facsimile
TBoeder@perkinscoie.com
CSimonsen@perkinscoie.com
(*Pro Hac Vice*)

*Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that this day, I electronically filed the foregoing Certificate of Serving of Discovery with the clerk's office CM/ECF system, which will send email notification to the following counsel of record:

>Mary C. Gill, Esq.
>Adam Biegel, Esq.
>Jonathan Parente, Esq.
>Alston & Bird, LLP - GA
>1201 West Peachtree Street
>Atlanta, GA 30309
>
>Michael A. Swartzendruber, Esq.
>Jason K. Fagelman, Esq.
>Rachel L. Williams, Esq.
>Darryl Anderson, Esq.
>Beau Cox, Esq.
>Nicholas Taunton, Esq.
>Norton Rose Fulbright US LLP
>2200 Ross Avenue, Suite 2800
>Dallas, TX 75201-2784
>Telephone:  213-855-8000
>Facsimile: 204-855-8200

Respectfully submitted, this 1st day of July, 2015.

>s/Julia A. Palmer
>Julia A. Palmer