IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| COBB THEATRES III, LLC; COBB THEATRES IV, LLC,<br><br>        Plaintiffs,<br><br>v.<br><br>AMC ENTERTAINMENT HOLDINGS, INC.; AMC ENTERTAINMENT INC.; AMERICAN MULTI-CINEMA, INC.,<br><br>        Defendants. | CIVIL ACTION FILE NO.<br><br><br><br>1:14-CV-00182-ELR |

## STIPULATION REGARDING RENTRAK DATA

IT IS HEREBY STIPULATED AND AGREED by and between Plaintiffs Cobb Theatres III, LLC, and Cobb Theatres IV, LLC (together, "Cobb") and Defendants AMC Entertainment Holdings, Inc.; AMC Entertainment Inc.; and American Multi-Cinema, Inc. (together, "AMC"), through their respective counsel of record, that it is in the interest of the parties to decrease litigation burden and expense. In recognition of that interest, and except as set forth herein, the parties agree not to oppose the offer of evidence of historical film titles, distributors, grosses, release dates, play dates, playing theaters/locations, and ranks derived directly from Rentrak on the grounds that such evidence lacks foundation or

constitutes inadmissible hearsay.  In the event that a party has a bona fide, good faith belief that information derived from Rentrak regarding a particular film is inaccurate, such party shall promptly inform the other party of that concern.  The parties shall then work together to determine whether such concern can be resolved without assistance from the Court.  If the concern cannot be resolved in a mutually acceptable manner, the data related to the particular film(s) that is the subject of the concern may be challenged by objection and introduction of evidence showing the inaccuracy of the data.  This agreement is without prejudice to the ability of either party to object to admissibility of all or any part of such information on bases other than the grounds set forth above.

Dated:  October 9, 2015		/s/ Amy M. Durrence

**Fellows LaBriola LLP**
Henry D. Fellows, Jr.
Georgia Bar No. 257825
Amy M. Durrence
Georgia Bar No. 170398
225 Peachtree Street, N.E., Suite 2300
Atlanta, GA 30303
Telephone:  404-586-9200
Facsimile:  404-586-9201
E-mail:  hfellows@fellab.com
E-mail:  adurrence@fellab.com

*-and-*

**PERKINS COIE LLP**
Thomas L. Boeder (*Pro Hac Vice*)
tboeder@perkinscoie.com
Eric J. Weiss (*Pro Hac Vice*)
eweiss@perkinscoie.com
Catherine S. Simonsen (*Pro Hac Vice*)
csimonsen@perkinscoie.com
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
Telephone:  206-359-8000
Facsimile:  206-359-9000

*Attorneys for Plaintiffs*

/s/ Barton W. Cox_____
Mary C. Gill
Georgia Bar No. 294776
Adam J. Biegel
Georgia Bar No. 056898
**ALSTON & BIRD LLP**
One Atlantic Center
1201 W. Peachtree Street
Atlanta, GA  30309-3424
Telephone:  (404) 881-7000
Facsimile:   (404) 881-7777

*-and-*

Michael A. Swartzendruber
michael.swartzendruber@nortonrosefulbright.com
Barton W. Cox
beau.cox@nortonrosefulbright.com
Rachel L. Williams
rachel.williams@nortonrosefulbright.com
(*Admitted pro hac vice*)
**Norton Rose Fulbright US LLP**
2200 Ross Avenue, Suite 2800
Dallas, TX  75201-2784
Telephone:  (214) 855-8000
Facsimile:   (214) 855-8200

Darryl Anderson
darryl.anderson@nortonrosefulbright.com
(*Admitted pro hac vice*)
**Norton Rose Fulbright US LLP**
1301 McKinney Street, Suite 5100
Houston, TX 77010
Telephone:  (713) 651-5562

*Attorneys for Defendants*

- 4 -

128175623.1

# **[PROPOSED] ORDER**

The Court has reviewed the reasons offered in support of entry of this Stipulation Regarding Rentrak Data and finds that there is good cause to avoid consuming unnecessary time and resources on potential objections to the use of Rentrak data.  Accordingly, the Court adopts the above Stipulation Regarding Rentrak Data in this action.


DATED: _____, 2015        _____
                                                                Eleanor L. Ross
                                                                United States District Judge
                                                                Northern District of Georgia

128175623.1