IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| COBB THEATRES III, LLC; COBB THEATRES IV, LLC,<br><br>    Plaintiffs,<br><br>v.<br><br>AMC ENTERTAINMENT HOLDINGS, INC.; AMC ENTERTAINMENT INC.; AMERICAN MULTI-CINEMA, INC.,<br><br>    Defendants. | CIVIL ACTION FILE NO.<br>1:14-cv-00182-ELR |

## JOINT STIPULATION REGARDING DISCOVERY

It is hereby stipulated and agreed by and between Plaintiffs Cobb Theatres III, LLC and Cobb Theatres IV, LLC (together, "Cobb") and Defendants AMC Entertainment Holdings, Inc., AMC Entertainment Inc., and American Multi-Cinema, Inc. (together, "AMC") that, notwithstanding the current April 29, 2016 deadline for the completion of fact discovery, the parties may schedule the following limited categories of depositions to be taken during May 2016:

1. Depositions of third-party film distributors; and

2. Depositions of third-party real estate owners, developers, landlords, agents, and/or brokers.

1

Case 1:14-cv-00182-ELR   Document 116   Filed 03/16/16   Page 2 of 5

This Joint Stipulation Regarding Discovery does not otherwise alter the deadlines contained in the Amended Scheduling Order [Dkt. No. 74] and the deadlines contained in the Joint Preliminary Report and Discovery Plan [Dkt. No. 50] that have not been superseded by the deadlines contained in the Amended Scheduling Order.  This Joint Stipulation Regarding Discovery is without waiver of either party's right to later seek to amend, extend, or otherwise modify those deadlines.

The parties respectfully request that the Court approve this Joint Stipulation.

_____
The Hon. Judge Eleanor L. Ross
United States District Judge

Date:  March 16, 2016

Respectfully submitted:

/s/ Catherine S. Simonsen
**Fellows LaBriola LLP**
Henry D. Fellows, Jr.
Georgia Bar No. 257825
Amy M. Durrence
Georgia Bar No. 170398
225 Peachtree Street, N.E., Suite 2300
Atlanta, GA 30303
Telephone:  404-586-9200
Facsimile:  404-586-9201
E-mail:  hfellows@fellab.com
E-mail: adurrence@fellab.com

/s/Michael A Swartzendruber
**Alston & Bird LLP**
Mary C. Gill
Georgia Bar No. 294776
mary.gill@alston.com
Adam J. Biegel
Georgia Bar No. 056898
adam.biegel@alston.com
Jonathan D. Parente
Georgia Bar No. 425727
jonathan.parente@alston.com
   One Atlantic Center
   1201 W. Peachtree Street

Atlanta, GA  30309-3424
Telephone:   (404) 881-7000
Facsimile:   (404) 881-7777

*-and-*

**Perkins Coie LLP**
Thomas L. Boeder
tboeder@perkinscoie.com
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
Telephone:  206-359-8000
Facsimile:  206-359-9000

Catherine S. Simonsen
csimonsen@perkinscoie.com
1888 Century Park East
Los Angeles, CA 90067-1721
Telephone: 310-788-3332
Facsimile: 310-788-3399

**COUNSEL FOR PLAINTIFFS**

*-and-*

**Norton Rose Fulbright US LLP**
Michael A. Swartzendruber
Texas Bar No. 19557702
michael.swartzendruber@nortonrosefulbright.com
(*Admitted pro hac vice*)
Barton Wayne Cox
Texas Bar No. 24065087
beau.cox@nortonrosefulbright.com
(*Admitted pro hac vice*)
Nathan B. Baum
Texas State Bar No. 24082665
nathan.baum@nortonrosefulbright.com
(*Admitted pro hac vice*)
Jordan C. Campbell
Texas State Bar No. 24087251
jordan.campbell@nortonrosefulbright.com
(*Admitted pro hac vice*)
  2200 Ross Avenue, Suite 3600
  Dallas, TX  75201-7932
  Telephone:   (214) 855-8000
  Facsimile:   (214) 855-8200

Darryl Anderson
Texas Bar No.  24008694
darryl.anderson@nortonrosefulbright.com
(*Admitted pro hac vice*)
  1301 McKinney Street, Suite 5100
  Houston, TX  77010
  Telephone:   (713) 651-5562
  Facsimile:   (713) 651-5246

**COUNSEL FOR DEFENDANTS**

3

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| Cobb Theatres III, LLC; Cobb Theatres IV, LLC,<br><br>      Plaintiffs,<br><br>v.<br><br>AMC Entertainment Holdings, Inc.; AMC Entertainment Inc.; American Multi-Cinema, Inc.,<br><br>      Defendants. | CIVIL ACTION<br>NO. 1:14-CV-00182-ELR |

## CERTIFICATE OF SERVICE

I certify that I have this day served this document on the following attorneys of record by e-mail.

Dated this 16th day of March, 2016.

                                                                    s/ Nathan B. Baum

Henry D. Fellows, Jr.
Amy M. Durrence
FELLOWS LABRIOLA LLP
Suite 2300, South Tower
225 Peachtree Street, N.E.
Atlanta, GA  30303-1731

- 4 -

Thomas L. Boeder
PERKINS COIE
1201 Third Avenue, Suite 4900
Seattle, Washington 98101-3099

Catherine S. Simonsen
PERKINS COIE
1888 Century Park East, Suite 1700
Los Angeles, California 90067-1721