IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| COBB THEATRES III, LLC; COBB THEATRES IV, LLC,<br><br>　　　　Plaintiffs,<br><br>v.<br><br>AMC ENTERTAINMENT HOLDINGS, INC.; AMC ENTERTAINMENT INC.; AMERICAN MULTI-CINEMA, INC.,<br><br>　　　　Defendants. | CIVIL ACTION FILE NO.<br>1:14-cv-00182-ELR |

## **PLAINTIFFS' CERTIFICATE OF SERVICE OF EXPERT REPORTS**

Counsel for Plaintiffs hereby certify that on May 20, 2016, they served the *Expert Witness Report of Paul Springer* and the *Expert Report of Roy Weinstein* upon counsel for Defendants by electronic mail to:

| | |
|---|---|
| Mary C. Gill, Esq.<br>mary.gill@alston.com<br>Adam Biegel, Esq.<br>abiegel@alston.com<br>Jonathan Parente, Esq.<br>jonathan.parente@alston.com | Michael A. Swartzendruber, Esq.<br>michael.swartzendruber@nortonrosefulbright.com<br>Darryl Anderson, Esq.<br>darryl.anderson@nortonrosefulbright.com<br>Beau Cox, Esq.<br>beau.cox@nortonrosefulbright.com<br>Jason K. Fagelman, Esq.<br>jason.fagelman@nortonrosefulbright.com<br>Jordan Campbell, Esq.<br>jordan.campbell@nortonrosefulbright.com<br>Nathan Baum, Esq.<br>nathan.baum@nortonrosefulbright.com |

Respectfully submitted this 24th day of May, 2016.

        s/ Catherine S. Simonsen
        Catherine S. Simonsen
        PERKINS COIE
        1888 Century Park East, Suite 1700
        Los Angeles, CA 90067
        (310) 788-3332 telephone
        CSimonsen@perkinscoie.com
        (*Pro Hac Vice*)

        Thomas L. Boeder
        PERKINS COIE
        1201 Third Avenue, Suite 4800
        Seattle, WA 98101-3099
        (206) 359-8000 telephone
        TBoeder@perkinscoie.com
        (*Pro Hac Vice*)

        Henry D. Fellows, Jr.
        Georgia Bar No. 257825
        Amy M. Durrence
        Georgia Bar No. 170398
        FELLOWS LABRIOLA LLP
        225 Peachtree Street, N.E. Suite 2300
        Atlanta, Georgia 30303-1731
        (404) 586-9200 telephone
        hfellows@fellab.com
        adurrence@fellab.com

        *Attorneys for Plaintiffs*

## **CERTIFICATE OF SERVICE**

I hereby certify that this day, I electronically filed the foregoing Certificate of Service of Expert Reports with the clerk's office CM/ECF system, which will send email notification to all counsel of record.

Respectfully submitted, this 24th day of May, 2016.

s/ Catherine S. Simonsen
Catherine S. Simonsen
Admitted *pro hac vice*
