# NORTON ROSE FULBRIGHT

December 30, 2016

Norton Rose Fulbright US LLP
2200 Ross Avenue, Suite 3600
Dallas, Texas  75201-7932
United States

**Via ECF/CM and CC to <u>All Counsel of Record</u>**

Mrs. Michelle Beck
Courtroom Deputy Clerk
2211 United States Courthouse
75 Ted Turner Drive, SW
Atlanta, Georgia 30303-3309

**Michael A. Swartzendruber**
**Partner**
Direct line +1 214 855 8067
michael.swartzendruber@nortonrosefulbright.com

Tel +1 214 855 8000
Fax +1 214 855 8200
nortonrosefulbright.com

Re:   *Cobb Theatres III, LLC, et al. v. AMC Entertainment Holdings, Inc., et al.* (No. 1:14-cv-00182-ELR)

Dear Mrs. Beck:

I am lead counsel for Defendants AMC Entertainment Holdings, Inc., et al, in the above-referenced action.  Pursuant to Local Rule 83.1(E)(3), entitled *Leave of Absence*, I respectfully request that the above-referenced case not be calendared for hearings or proceedings from <u>March 13, 2017 through March 24, 2017</u>.

- **March 13 – 19** — Vacation travel for childrens' spring break from school.

- **March 20 – 24** — Pretrial hearing and preparation as lead counsel in *iPic-Gold Class Ent't, LLC, et al v. AMC Entertainment Holdings, Inc., et al*, No. 2015-68745, 234th District Court, Harris County (Houston), Texas (the "iPic Case").

There are no hearings, deadlines, or proceedings currently set in this Court in the above-referenced case on the days for which I have requested leave.

Additionally, trial in the iPic Case is currently set for a two-week docket call beginning on **March 27, 2017**.  We understand from Cobb that, once the specific iPic Case trial dates and length are more firmly established, Cobb will not oppose a request by AMC not to schedule hearings or proceedings in this matter during the iPic Case trial.  In light of Cobb's desire for more specificity before agreeing to leave during the trial, however, we will wait to request leave during that period pending some further confirmation of the timing of the iPic Case trial.

Thank you very much for your consideration of this request.  Please do not hesitate to contact me if you or the Court have questions or wish to discuss this matter further.

Respectfully,

Michael A. Swartzendruber

Norton Rose Fulbright US LLP is a limited liability partnership registered under the laws of Texas.

Norton Rose Fulbright US LLP, Norton Rose Fulbright LLP, Norton Rose Fulbright Australia, Norton Rose Fulbright Canada LLP and Norton Rose Fulbright South Africa Inc are separate legal entities and all of them are members of Norton Rose Fulbright Verein, a Swiss verein. Norton Rose Fulbright Verein helps coordinate the activities of the members but does not itself provide legal services to clients. Details of each entity, with certain regulatory information, are available at nortonrosefulbright.com.