IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| COBB THEATRES III, LLC; COBB THEATRES IV, LLC,<br><br>Plaintiffs,<br><br>v.<br><br>AMC ENTERTAINMENT HOLDINGS, INC.; AMC ENTERTAINMENT INC.; AMERICAN MULTI-CINEMA, INC.,<br><br>Defendants. | CIVIL ACTION FILE NO.<br><br>1:14-CV-00182-ELR |

### JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41, Plaintiffs Cobb Theatres III, LLC, and Cobb Theatres IV, LLC and Defendants AMC Entertainment Holdings, Inc., AMC Entertainment, Inc., and American Multi-Cinema, Inc. hereby file this Joint Stipulation of Dismissal with Prejudice and agree to DISMISS WITH PREJUDICE this action, including all claims asserted herein, in its entirety. All parties agree to bear their respective attorneys' fees and costs. Attached as Exhibit A is a proposed Order of Dismissal with Prejudice.

Dated:  March 31st, 2017             s/Henry D. Fellows, Jr.
                                               Henry D. Fellows, Jr.
                                               Georgia Bar No. 257825
                                               Amy Durrence
                                               Georgia Bar No. 170398
                                               **Fellows LaBriola LLP**
                                               225 Peachtree Street, N.E., Suite 2300
                                               Atlanta, GA 30303
                                               Telephone:  404-586-9200
                                               Facsimile:  404-586-9201
                                               E-mail:  hfellows@fellab.com
                                               E-mail:  adurrence@fellab.com

                                               Thomas L. Boeder (*Pro Hac Vice*)
                                               Eric J. Weiss (*Pro Hac Vice*)
                                               **Perkins Coie LLP**
                                               tboeder@perkinscoie.com
                                               eweiss@perkinscoie.com
                                               1201 Third Avenue, Suite 4900
                                               Seattle, WA 98101-3099
                                               Telephone:  206-359-8000
                                               Facsimile:  206-359-9000

                                               Catherine S. Simonsen (*Pro Hac Vice*)
                                               **Perkins Coie LLP**
                                               csimonsen@perkinscoie.com
                                               1888 Century Park East, Suite 1700
                                               Los Angeles, CA 90067-1721
                                               Telephone:  310.788.3332
                                               Facsimile:  310.788.3399

                                               *Attorneys for Plaintiffs, Cobb Theatres III, LLC*
                                               *and Cobb Theatres IV, LLC*

Dated:  March 31st, 2017          s/Michael A. Swartzendruber
Mary C. Gill
Georgia Bar No. 294776
Adam J. Biegel
Georgia Bar No. 056898
**Alston & Bird LLP**
One Atlantic Center
1201 W. Peachtree Street
Atlanta, GA  30309-3424
Telephone:  (404) 881-7000
Facsimile:   (404) 881-7777

Michael A. Swartzendruber (*Pro Hac Vice*)
michael.swartzendruber@nortonrosefulbright.com
Barton W. Cox (*Pro Hac Vice*)
beau.cox@nortonrosefulbright.com
**Norton Rose Fulbright US LLP**
2200 Ross Avenue, Suite 2800
Dallas, TX  75201-2784
Telephone:  (214) 855-8000
Facsimile:   (214) 855-8200

Darryl Anderson (*Pro Hac Vice*)
darryl.anderson@nortonrosefulbright.com
**Norton Rose Fulbright US LLP**
1301 McKinney Street, Suite 5100
Houston, TX 77010
Telephone:  (713) 651-5562

*Attorneys for Defendants, AMC Entertainment Holdings, Inc., AMC Entertainment, Inc., and American Multi-Cinema, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that this day, I electronically filed the foregoing Joint Stipulation of Dismissal with the clerk's office CM/ECF system, which will send email notification to the following counsel of record:

Mary C. Gill, Esq.
Adam Biegel, Esq.
Jonathan Parente, Esq.
Alston & Bird, LLP - GA
1201 West Peachtree Street
Atlanta, GA 30309

Michael A. Swartzendruber, Esq.
Jason K. Fagelman, Esq.
Beau Cox, Esq.
Jordan C. Campbell, Esq.
Nathan B. Baum, Esq.
Norton Rose Fulbright US LLP
2200 Ross Avenue, Suite 2800
Dallas, TX 75201-2784

Darryl Anderson, Esq.
Norton Rose Fulbright US LLP
1301 McKinney Street, Suite 5100
Houston, TX 77010

Respectfully submitted, this 31st day of March, 2017.

s/Henry D. Fellows, Jr.
Henry D. Fellows, Jr.